# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JOYCE M. GRABAR and GARY GRABAR, Pennsylvania residents, individually and as the representatives of a class of similarly-situated persons,<br><br>     Plaintiffs,<br> v.<br><br>LENDINGUSA, LLC a Delaware limited liability company, CRB GROUP, INC., a New Jersey corporation, CROSS RIVER BANK, a New Jersey state bank and JOHN DOES 1-5,<br>     Defendants. | Civil Action No. 2:17-cv-1232-MAK<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiffs, DR. JOYCE M. GRABAR and GARY GRABAR, hereby dismiss this matter without prejudice and without costs.

        Respectfully submitted,

        s/ Brian J. Wanca
        Brian J. Wanca *(pro hac vice admitted)*
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500
        bwanca@andersonwanca.com
        rkelly@andersonwanca.com


        Ann M. Caldwell
        CALDWELL LAW OFFICE LLC
        108 W. Willow Grove Avenue, Suite 300
        Philadelphia, PA 19118
        Telephone: 215-248-2030
        acaldwell@classactlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing has been filed via the CM/ECF system that will send to all attorneys/parties of record on June 8, 2017.

    /s/ Brian J. Wanca
    Brian J. Wanca