IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JOYCE M. GRABAR, *et al.* | : CIVIL ACTION |
| v. | : NO. 17-1232 |
| LENDINGUSA, LLC, *et al.* | : |

## ORDER

AND NOW, this 7th day of June 2017, upon consideration of Plaintiffs' Notice of Voluntary Dismissal (ECF Doc. No. 11), it is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(i); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

_____
KEARNEY, J.